

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>                              Plaintiff,<br><br>v.<br><br>OMAR NAVARRO, Correctional Officer; TERRENCE F. SHEEHY, Attorney General; F. LEWIS, Sergeant; C. BAGNOL, Correctional Officer; CDCR; E. ESTRADA, Correctional Officer; A. SILVA, Correctional Officer; T. TISCORNIA, Correctional Officer,<br><br>                              Defendants. | Case No.:  24-CV-2161 JLS (MMP)<br><br>**ORDER DISMISSING ACTION PURSUANT TO MARCH 28, 2025 ORDER**<br><br>(ECF No. 5) |

On March 28, 2025, the Court denied Plaintiff Lance Williams' Motion to Proceed *in Forma Pauperis* ("IFP Motion") due to Plaintiff's failure to provide information sufficient for the Court to assess his poverty.  *See generally* ECF No. 5 (the "Order").  The Court dismissed Plaintiff's Complaint without prejudice for failure to pay the filing fee required by 28 U.S.C. § 1914(a) and granted Plaintiff thirty (30) days' leave to either pay the filing fee or file a renewed IFP Motion.  *See id.* at 4.  The Order explicitly cautioned Plaintiff: "***Should Plaintiff fail to either pay the filing fee or file a new IFP Motion, the Court will convert this dismissal of Plaintiff's Complaint into dismissal of this civil action***

*without prejudice.*" *Id.* (emphasis in original).  Although Plaintiff's deadline has passed, Plaintiff has neither paid the filing fee nor filed a renewed IFP Motion.  *See generally* Docket.

Accordingly, good cause appearing, the Court **DISMISSES WITHOUT PREJUDICE** the present action.  As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated:  May 9, 2025

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

24-CV-2161 JLS (MMP)